# BORRELLI & ASSOCIATES
## P.L.L.C.

www.employmentlawyernewyork.com

655 Third Avenue  
Suite 1821  
New York, NY 10017  
Tel. No. 212.679.5000  
Fax No. 212.679.5005

910 Franklin Avenue  
Suite 200  
Garden City, NY 11530  
Tel. No. 516.248.5550  
Fax No. 516.248.6027

December 14, 2020

<u>Via ECF</u>  
The Honorable Anne Y. Shields  
United States Magistrate Judge for the  
Eastern District of New York  
100 Federal Plaza  
Central Islip, New York 11722

  Re: *Mclean v. Cornucopia Logistics, LLC*  
    <u>Docket No.: 19-cv-864-JS-AYS</u>

Dear Judge Shields:

  This firm represents Plaintiff MarcAnthony Mclean in the above-referenced wage and hour action. We write, pursuant to Your Honor's Order dated November 30, 2020, jointly with Defendant's counsel, to advise that Defendant will not consent to conditional certification of a Fair Labor Standards Act collective action and any related relief. Accordingly, pursuant to that same Order, Plaintiff will serve his moving papers on Defendant by January 15, 2021.

  We thank the Court for its time and attention to this matter.

                Respectfully submitted,

                <u>/s/ Frank J. Tantone</u>  
                Frank J. Tantone, Esq.

C: Defendant (*via* ECF)