

655 Third Avenue
Suite 1821
New York, NY 10017
Tel. No. 212.679.5000
Fax No. 212.679.5005

910 Franklin Avenue
Suite 200
Garden City, NY 11530
Tel. No. 516.248.5550
Fax No. 516.248.6027

January 14, 2021

<u>Via ECF</u>
The Honorable Anne Y. Shields
United States Magistrate Judge for the
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

  Re: <u>McLean v. Cornucopia Logistics, LLC, Docket No: 19-CV-00864 (JS)(AYS)</u>

Dear Judge Shields:

  As the Court knows, we represent the Plaintiff in the above-referenced putative collective wage and hour action. We write pursuant to Rule III of Your Honor's Individual Practice Rules to request a two-week extension to the briefing schedule for Plaintiff's motion for conditional certification and related relief pursuant to 29 U.S.C. § 216(b). Defendant consents to this extension.

  Currently, Your Honor has set the following briefing schedule: (1) Plaintiff shall serve, but not file, his motion on January 15, 2021; (2) Defendant shall serve, but not file, its opposition, on February 15, 2021; and (3) Plaintiff shall serve his reply, and each party shall electronically file their own motion papers, on March 1, 2021. Upon the two-week extension, the briefing schedule would be as follows: (1) Plaintiff shall serve, but not file, his motion on January 29, 2021; (2) Defendant shall serve, but not file, its opposition, on March 1, 2021; and (3) Plaintiff shall serve his reply, and each party shall electronically file their own motion papers, on March 15, 2021.

  This is Plaintiff's first such request for an extension to this briefing schedule. This extension would not modify or affect any other scheduled deadlines in this case. We apologize for making this request slightly within forty-eight hours of the original deadline.

1

We thank the Court for its attention to this matter.

Respectfully submitted,

*Frank J. Tantone*

Frank J. Tantone, Esq.
*For the Firm*

C: All counsel of record (*via* ECF)