UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
MARCANTHONY MCLEAN, on behalf of himself,
individually, and on behalf of all others similarly-situated,

                                        Plaintiff,

              -against-                                        **Docket No.: 19-cv-00864
(JS) (AYS)**

CORNUCOPIA LOGISTICS, LLC,

                                        Defendant.
---------------------------------------------------------------------X

## **STIPULATION AND PROPOSED ORDER TO AMEND THE CAPTION**

WHEREAS, Plaintiff is incorrectly named herein as Marcanthony McLean and Plaintiff should be correctly named as Mark-Anthony McLean.

It is hereby stipulated and agreed by and between counsel for the parties that the caption of this action be amended to reflect the correct spelling of Plaintiff's name as Mark-Anthony McLean. The new caption shall be as follows:

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
MARK-ANTHONY MCLEAN, on behalf of himself,
individually, and on behalf of all others similarly-situated,

                                      Plaintiff,

                              **Docket No.: 19-cv-00864 (JS) (AYS)**

   -against-

CORNUCOPIA LOGISTICS, LLC,

                                    Defendant.
-----------------------------------------------------------------------X

Dated: New York, New York           Garden City, New York
          January 14, 2021                  January 14, 2021

/s/ Michael L'Homme                                          
Michael R. L'Homme (ML 5535)         Frank J. Tantone (FT 3474)
Litchfield Cavo LLP                         Borrelli & Associates, P.L.L.C.
*Attorneys for Defendant*                    *Attorneys for Plaintiff*
420 Lexington Avenue, Suite 2104      910 Franklin Avenue, Suite 200
New York, New York 10170                Garden City, New York 11530
Tel. No. (212) 434-0100                      Tel. No. (516) 248-5550


                              Ordered:    Central Islip, New York
                                                January ___, 2021


                                            _____
                                            The Honorable Anne Y. Shields
                                            United States Magistrate Judge